

**SO ORDERED.**

**SIGNED this 20 day of June, 2006.**

_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| ROBERT RICCARDI | 05-03316-5-ATS |
| DEBTOR | |
| | |
| GE MONEY BANK | ADVERSARY PROCEEDING NO. |
| Plaintiff | S-05-00154-5-AP |
| v. | |
| ROBERT RICCARDI | |
| Defendant. | |

**JUDGMENT**

The trial of this adversary proceeding to determine, pursuant to 11 U.S.C. § 523(a)(2), the dischargeability of a debt owed by the chapter 7 debtor, Robert Riccardi, to the plaintiff, GE Money Bank, was held in Raleigh, North Carolina on June 13, 2006. A memorandum opinion setting forth this court's findings of fact and conclusions of law was

entered on this date.  Based on those findings of fact and conclusions of law,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the debt owed by the debtor, Robert Riccardi, to the plaintiff, GE Money Bank, in the amount of $1,621.62 is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(C).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any other debts owed by the debtor, Robert Riccardi, to the plaintiff, GE Money Bank are not nondischargeable pursuant to § 523(a)(2)(A).

**END OF DOCUMENT**